**THE LAW OFFICES OF JAMES E. BLATT**
9000 Sunset Boulevard
Suite 704
Hollywood, California 90069
Telephone: 310/385-8066
Facsimile: 310/385-5932

James E. Blatt, Esq.  (Bar No. 56571)
j.blatt@jamesblatt.com


Attorney for Defendant,
GALIOM MANSOUR and SOUTH BAY WHOLESALE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-10-257 KJM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| GALIOM MANSOUR, NAEIM HANNO, and SOUTH BAY WHOLESALE, INC., | DATE:   February 21, 2012 TIME:   9:30 am |
| Defendant. | COURT:  Courtroom of the Honorable John A. Mendez |

**IT IS HEREBY** stipulated between the United States of America, through its undersigned counsel, Special Assistant U.S. Attorney Peter Williams, and defendants Galiom Mansour and South Bay Wholesale, Inc., through their undersigned counsel James E. Blatt, and defendant Naeim Hanno, through his undersigned counsel Mark J. Reichel, that the status conference presently set for January 31, 2012 be continued to February 21, 2012 at 9:30 a.m., thus vacating the presently set status conference.

The parties stipulate and agree that the continuance is necessary to permit defense counsel to review discovery provided by

the government numbering 13,302 pages, and for further negotiations on resolution of the case.

The parties further stipulate and agree that this is a complex case within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii) and that the requested continuance is necessary to permit defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv) and that the ends of justice served by granting this continuance therefore outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: January 30, 2012 /s/ Peter Williams
PETER WILLIAMS
Assistant U.S. Attorney

Dated: January 30, 2012 /s/ *James E. Blatt*
JAMES E. BLATT
Attorney for Defendants Galiom
Mansour and South Bay Wholesale

Dated: January 30, 2012 /S/ *Mark J. Reichel*
MARK J. REICHEL
Attorney for Defendant Naeim Hanno

## ORDER

IT IS SO ORDERED.

Dated: January 30, 2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

2