```
1  MARK J. REICHEL, Esq SBN 155034
   455 CAPITOL MALL 3RD FLOOR
2  Sacramento, California 95814
   Telephone: (916) 498 9258
3

4  Attorney for defendant
   NAEIM HANNO
5

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )
                                )   CR. NO.  S-10-257 JAM
11         Plaintiff,           )
                                )
12    v.                        )
                                )   STIPULATION AND ORDER
13                              )   RE SETTING STATUS CONFERENCE
   GALIOM MANSOUR,              )
14 NAEIM HANNO, and             )
   SOUTH BAY WHOLESALE, INC.,   )
15                              )
           Defendants.          )
16 _____)
```

17    IT IS HEREBY stipulated between the United States of America,
18 through its undersigned counsel, Assistant U.S. Attorney R. Steven
19 Lapham, and defendants Galiom Mansour and South Bay Wholesale,
20 through their undersigned counsel James Blatt, and defendant Naeim
21 Hanno, through his undersigned counsel Mark J. Reichel, that the
22 status conference be re set in this matter for April 17, 2012, 9:30
23 a.m.
24    The parties stipulate and agree that the re setting is necessary
25 as additional research, negotiation, witness and fact development,
26 need to be performed before the next court appearance.

1

1 | The parties further stipulate and agree that this is a complex
2 | case within the meaning of 18 U. S. C. § 3161 (h) (7) (B) (ii) and
3 | that the exclusion of time during the period needed for defense
4 | counsel's reasonable time for effective preparation, taking into
5 | account the exercise of due diligence within the meaning of 18 U. S.
6 | C. § 3161 (h) (7) (B) (iv), and that the ends of justice served by
7 | granting exclusion of time therefore outweigh the best interests of
8 | the public and the defendants in a speedy trial pursuant to 18 U. S.
9 | C. § 3161 (h) (7) (A), and therefore time should be excluded from the
10 | date of this order through and until April 17, 2012.

Respectfully submitted,

Dated: April 9, 2012          BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ R. Steven Lapham
                              _____
                              R. STEVEN LAPHAM
                              Assistant U.S. Attorney


Dated: April 9, 2012          /s/ JAMES BLATT
                              _____
                              JAMES BLATT
                              Attorney for Galiom Mansour
                              and South Bay Wholesale

Dated: April 9, 2012          /s/  Mark J. Reichel
                              _____
                              MARK J. REICHEL
                              Attorney for Defendant
                              Naeim Hanno

**ORDER**

IT IS SO ORDERED.

Dated: April 9, 2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge