BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant United States Attorney
PETER M. WILLIAMS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2724
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>GALIOM MANSOUR, ET AL.,<br><br>                Defendants. | CASE NO. 10-CR-00257 JAM<br><br>**ORDER DISMISSING INDICTMENT**<br>**AS TO SOUTH BAY WHOLESALE, INC.** |

Based on the government's motion to dismiss the indictment against South Bay Wholesale, Inc.,

IT IS HEREBY ORDERED that the above-captioned indictment be and hereby is dismissed as to

South Bay Wholesale, Inc. only.

DATED: 10/9/2013

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge